| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 35 M | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | | REPORTER/DIGITAL RECORDING: Zoom Webinar: 10:50-11:25 | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | DATE August 18, 2021 | | NEW CASE ☐ | CASE NUMBER 17-cr-533-EMC-2 |

### APPEARANCES

| DEFENDANT Raymond Michael Foakes | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT George Boisseau | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kevin Barry | INTERPRETER na | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER Jennifer James/Cris Taylor | PRETRIAL SERVICES OFFICER Anthony Granados | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☒ MOTION for release #1941
- ☐ JUGM'T & SENTG
- ☐ STATUS / TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED  ☐ CASH $  CORPORATE SECURITY ☐  REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO: 09/03/2021 (already set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS & OSC |
| BEFORE HON. Judge Chen | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant consents to proceed by Zoom. Oral arguments heard. The Motion is DENIED for previous and current reasons stated on the record.

DOCUMENT NUMBER: