1  LAW OFFICES OF ERIK BABCOCK
2  ERIK BABCOCK (Cal. 172517)
   717 Washington St., 2d Floor
3  Oakland CA 94607
   Tel:  (510) 452-8400
4  Fax:  (510) 201-2084
   erik@babcocklawoffice.com

5
   Attorneys for Defendant
6  BRIAN BURKE

7                        UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,          )   CASE NO. 17-CR-0533-EMC
                                      )
11            Plaintiff,              )
                                      )
12      v.                            )   **NOTICE OF MISTAKE IN PROPOSED**
                                      )   **VERDICT FORM AS TO COUNT ELEVEN**
13 BRIAN BURKE,                       )
                                      )
14            Defendants.             )
                                      )
15 _____   )

16         The verdict form for Count 11 was briefed and argued last week, and the parties agreed that it

17 should include language the charged intimidation or threat had to be based on threat to shoot Ms. Conte

18 with a firearm. Defense counsel noticed this morning that the amended verdict form allows a conviction

19 if the jury find he "intimidated or threatened to shoot" Michelle Conte. This is not what was charged.  It

20 should state:

21
        Has the government proven beyond a reasonable doubt that on or about February 8, 2017, defendant
22      BRIAN BURKE intimidated, threaten or corruptly persuade Michelle Conte by threatening to shoot
        her with a firearm with the intent to influence, delay or prevent her testimony in an official
23      proceeding, namely, the adjudication of RAYMOND FOAKES'S alleged violation of the conditions
        of his supervised release in Case No. CR 11-0624 WHA (N.D. Cal.)."
24

25

26 DATED: May 12, 2023              Respectfully submitted,

27                            By:   _____/s/_____
                                    ERIK BABCOCK
28

DEF. BURKE'S OBJECTION TO GOV VERDICT FORM                                    1
17-CR-0533-EMC

1

Attorney for Defendant
BRIAN BURKE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28