ALBERT J. BORO, JR. (CA Bar #126657)
ajboro@boro-law.com
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
RAYMOND FOAKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 17-CR-00533-EMC-2 |
|---|---|
| Plaintiff, | DEFENDANT RAYMOND FOAKES'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE A MOTION FOR A NEW TRIAL, PURSUANT TO FED. R. CRIM. P. 33 |
| v. | |
| RAYMOND MICHAEL FOAKES, | |
| Defendant. | Date: July 30, 2026 |
| | Time: 10:00 a.m. |
| | Court: Hon. Edward M. Chen |

Defendant Raymond Foakes respectfully files this Unopposed Motion for a One-Day Extension of Time to File a Motion for a New Trial, Pursuant to Fed. R. Crim. P. 33. The Court previously set a filing date of June 25, 2026 for Mr. Foakes and his co-defendants to file new trial motions, and this unopposed motion requests that the Court extend that filing date by one day to June 26, 2026. The requested extended filing date is still within the deadline of June 30, 2026 for Mr. Foakes and his co-defendants to file new trial motions, pursuant to Fed. R. Crim. P. 33(b)(1). (Dkt. #4097.) This one-day extension is needed so that Mr. Foakes can complete work on his new trial motion, which involves arguments in support of a new trial and a request for an evidentiary hearing.

Counsel for Mr. Foakes spoke with AUSA Kevin Barry on June 25, 2026, and he informed counsel that the Government does not oppose this request.

UNOPPOSED MOTION TO EXTEND FILING DATE

1

Dated: June 25, 2026                    Respectfully Submitted:

                                        BORO LAW FIRM

                                        */s/ Albert J. Boro, Jr.*
                                        ALBERT J. BORO, JR.

                                        Attorney for Defendant
                                        RAYMOND FOAKES


## **PROPOSED ORDER**

        FOR GOOD CAUSE SHOWN, the time for Defendant Raymond Foakes to file a motion for new trial, pursuant to Fed. R. Crim. P. 33, is extended by one day to and including Friday, June 26, 2026.

        IT IS SO ORDERED.


Dated: _____          _____
                                        HON. EDWARD M. CHEN
                                        UNITED STATES SENIOR DISTRICT JUDGE

UNOPPOSED MOTION TO EXTEND FILING DATE                                          2